### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **LILLIE C. SULLIVAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:21 -cv- 00344 |
| | § | |
| **FOLLETT SCHOOL SOLUTIONS, INC.** | § | JURY DEMANDED |
| | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Lillie C. Sullivan, and Follett School Solutions, Inc. ("FSS"), Defendant, hereby give notice that, subject to the exchange and execution of agreed upon settlement documents, a settlement has been reached in the above-captioned matter. Therefore, the parties jointly request that the court grant a thirty-day continuance of all current and pending settings in this matter so that such actions may be accomplished in due course.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully requests that the Court issue a continuance in this matter of thirty (30) days duration so that the necessary steps to finalize this settlement may be completed without prejudice to either party.

Respectfully submitted,

/s/John A Sullivan, III
John A Sullivan, III
Texas Bar No. 19483500
Fed. Id. No. 1398
Email: jsullivan@fso-lawprac.com
**ATTORNEY-IN CHARGE FOR
PLAINTIFF, LILLIE C. SULLIVAN**

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 22, 2021, I conferred with Ms. Lauren C. Cohn, the attorney-in-charge for Defendant, Follett School Solutions, Inc., concerning this notice and that Ms. Cohn advised me that Defendant agrees with and does not oppose this notice.

/s/John A Sullivan, III
John A Sullivan, III

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday April 22, 2021, a true and correct copy of the foregoing instrument was forwarded via electronic delivery pursuant to local rules, to-wit:

Lauren W. Cohn
Assistant General Counsel (Contractor)
Follett Corporation
3 Westbrook Corporate Center (Tower Three),
Suite 200
Westchester, IL  60154
Cell: (847) 530-6628
lcohn@follett.com
ATTORNEY-IN-CHARGE FOR DEFENDANT
FOLLETT SCHOOL SOLUTIONS INC.

/s/John A Sullivan, III
John A. Sullivan III
Law Office of Filteau & Sullivan, Ltd., LLP
1110 NASA Parkway, Suite No. 470
Houston, Texas 77058
Telephone No. (713) 236-1400
Telecopier No. ( 713) 236-1706
 jsullivan@fso-lawprac.com
Attorney-in-Charge for Plaintiff
Lillie C. Sullivan